NEW JERSEY DEPARTMENT OF LABOR.
WORKMEN'S COMPENSATION BUREAU.

GEORGE HOTZ, petitioner,

*v.*

BAKER PAINT AND VARNISH COMPANY, respondent.

**Hernia—No Complaint on Day of Accident—Five Requirements in Reference to Hernia not Complied With—Petition Dismissed.**

On petition for compensation. Finding of facts a determination. Order of dismissal:

\* \* \* In his petition, petitioner, George Hotz, alleges that on the 16th day of May, 1924, he sustained a double hernia. The respondent produced several witnesses, who testified that petitioner neither complained of any injury on that day, nor stopped work, except at the usual time, which was five P. M. It is quite clear that the five requirements in

reference of hernia, as contained in subdivision (x), paragraph 11 of the act, have not been.complied with by the petitioner.

I, therefore, find in favor of the respondent, Baker Paint and Varnish Company, and against the petitioner, George Hotz, and dismiss the petition.

JOHN J. STAHL,
*Referee.*